AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| THE UNIVERSITY OF TENNESSEE </br></br> *Plaintiff(s)* </br> v. </br> TENNESSEE BONDING COMPANY </br></br> *Defendant(s)* | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 3:20-CV-204 </br> )                  Reeves/Poplin </br> ) </br> ) </br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tennessee Bonding Company
c/o Brian J. Cole - Registered Agent
2661 E. Magnolia Ave.
Knoxville, TN 37914

                 X *[signature]*
                 Kenneth Holmes
                 President (5/14)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Wade R. Orr
                                                            Michael J. Bradford
                                                            P. O. Box 1871
                                                            Knoxville, TN 37901
                                                            Phone: (865) 546-4305

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                *CLERK OF COURT*

Date:   5/13/20                                                             *[signature]*
                                                                                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **BRIAN J. COLE REG. AGENT**
was received by me on *(date)* **5/14/20**.

☐ I personally served the summons on the individual at *(place)* **2661 E MAGNOLIA AVE KNOXVILLE TN.** on *(date)* **5/14/20** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **KENNETH HOLMES**, who is designated by law to accept service of process on behalf of *(name of organization)* **TENNESSEE BONDING COMPANY** on *(date)* **5/14/20** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **5/14/20**

*Server's signature* — John Walker #35

**JOHN WALKER, PROCESS SERVER**
*Printed name and title*

John Walker, #35

*Server's address*

Additional information regarding attempted service, etc:

One Man in a Van
Process Service
P.O. Box 68
Seymour, TN 37865
865-908-6588